IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY,
Plaintiff-Appellee

v.

MEDICAL PROPERTIES TRUST, INC.,
Defendant-Appellant

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,
Plaintiff-Appellant

v.

AMERICAN GUARANTEEE AND LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,
Defendants-Appellees

On Appeal from an Order of the United States District Court
for the District of Massachusetts, Hon. Patti B. Saris

**APPELLANTS' ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Appellants Medical Properties Trust, Inc. ("MPT") and Steward Health Care System, LLC ("Steward") respectfully move for an extension of 25 days, to and including September 22, 2023, to file their reply briefs in this consolidated appeal. In support of this motion, Appellants state as follows:

1. On May 16, 2023, MPT and Steward filed and served their respective Appellant's briefs, which were accepted by the Clerk.

1

2. On May 24, 2023, Appellees Zurich American Insurance Company ("Zurich") and American Guarantee and Liability Insurance Company ("AGLIC") filed an unopposed motion for extension of time to file their Appellees' brief. Under Rule 31 of the Federal Rules of Appellate Procedure and First Circuit Local Rules, Appellees' brief would have been due on or before June 15, 2023.

3. On May 26, 2023, the Court granted Zurich's and AGLIC's motion and extended the deadline for filing their Appellees' brief by 53 days, to and including August 7, 2023.

4. Pursuant to Rule 31 of the Federal Rules of Appellate Procedure and First Circuit Local Rules, the deadline for Appellants to file their reply briefs now will be August 28, 2023.

5. Due to previously-scheduled family vacation plans during the second half of August, counsel for the Appellants respectfully request an extension of 25 days from the date the Appellants' reply briefs would be due under Rule 31 (i.e., August 28, 2023) to and including September 22, 2023.

6. This is the first request for an extension of time by Appellants, and this motion is not made for the purpose of delay.

7. On July 26, 2023, counsel for Appellants advised counsel for Zurich and AGLIC of Appellants' intent to seek the relief requested herein.

Counsel for Zurich and AGLIC advised that they assent to the relief requested in this motion.

WHEREFORE, the Appellants respectfully request that this Court grant a 25-day extension of time, to and including September 22, 2023, for Appellants to file their reply briefs in this consolidated appeal.

RESPECTFULLY SUBMITTED,

**MEDICAL PROPERTIES TRUST, INC.,**
By its attorneys,

*/s/ Martin C. Pentz*
Martin C. Pentz (BBO # 394050)
Creighton K. Page (BBO # 674640)
Natalie F. Panariello (BBO # 707579)
Laura D. Gradel (BBO # 692315)
Foley Hoag LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
Facsimile:  617 832 7000
mpentz@foleyhoag.com
cpage@foleyhoag.com
npanariello@foleyhoag.com

-and-

Dale Jefferson (*pro hac vice*)
David D. Disiere (*pro hac vice*)
Martin, Disiere, Jefferson & Wisdom
808 Travis, Suite 1100
Houston, TX 77002
Telephone: 713 632 1717
jefferson@mdjwlaw.com
disiere@mdjwlaw.com

**STEWARD HEALTHCARE SYSTEM, LLC,**
By its attorneys,

 */s/ Howard M. Cooper*
Howard M. Cooper (BBO No. 543842)
David H. Rich (BBO No. 634275)
Matthew S. Furman (BBO No. 679751)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Email: hcooper@toddweld.com
drich@toddweld.com
mfurman@toddweld.com

Dated: July 26, 2023

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that this document complies with the requirements of Fed. R. App. P. 27(d). This motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman, and contains 331 words, excluding parts of the motion exempted by Fed. R. App. P. 32(f).

*/s/ Martin C. Pentz*
Martin C. Pentz (BBO # 394050)

## **CERTIFICATE OF SERVICE**

I, Martin C. Pentz, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by mail and/or email on July 26, 2023 at the addresses listed below.

David D. Disiere
Martin Disiere Jefferson & Wisdom LLP
808 Travis St, Suite 1100
Houston, TX 77002
disiere@mdjwlaw.com

                                                */s/ Martin C. Pentz*
                                                Martin C. Pentz