# United States Court of Appeals
## For the First Circuit

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY.,

Plaintiff - Appellee,

v.

MEDICAL PROPERTIES TRUST, INC.,

Defendant - Appellant.

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,

Plaintiff - Appellant,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,

Defendants - Appellees.

**ORDER OF COURT**

Entered: July 31, 2023
Pursuant to 1st Cir. R. 27.0(d)

Appellants Medical Properties Trust, Inc., and Steward Health Care System, LLC's, premature motion to extend time to file the reply brief is denied, without prejudice to refiling. The instant motion is premature because appellees' have not filed their briefs. See Fed. R. App. P. 31(a)(1) and 1st Cir. 31.0(a)(1).

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick F. Hofer
Martin C. Pentz
Creighton Page
Laura Diss Gradel
Natalie Frances Panariello
Dale Jefferson
Nicholas D. Stellakis
Michael S. Levine
David H. Rich
Howard M. Cooper
Matthew S. Furman
Jonathan David Mutch
Timothy D. Wenger