# United States Court of Appeals
## For the First Circuit

_____

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff, Appellee,

v.

MEDICAL PROPERTIES TRUST, INC.,

Defendant, Appellant,

_____

No. 23-1180

STEWARD HEALTH CARE SYSTEM LLC,

Plaintiff, Appellant,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,

Defendants, Appellees,

_____

Before

Gelpí, Montecalvo, and Rikelman,
<u>Circuit Judges</u>.

_____

**ORDER OF COURT**

Entered: November 16, 2023

     This interlocutory appeal requires us to decide whether, under Massachusetts law, the term "surface water" as used in a property insurance policy includes rainwater that accumulated on a parapet roof one or more stories above the ground. The interpretation of "surface water" is dispositive of whether the insureds, appellants Medical Properties Trust, Inc. and Steward Health Care System LLC, are subject to a coverage limitation on "Flood" damage in the policies issued

- 2 -

by appellees Zurich American Insurance Company and American Guarantee and Liability Insurance Company.

Having thoroughly considered the issues presented in the parties' briefs and at oral argument, the Court is inclined to certify this question of law to the Massachusetts Supreme Judicial Court. Accordingly, the parties are hereby ordered to confer in an attempt to agree on the form of any proposed question(s) to be certified to the Massachusetts Supreme Judicial Court. In the event that the parties are unable to reach agreement, each party shall submit the question(s) it proposes for certification. Any and all proposed questions shall be filed with this Court (simultaneously, in the event no agreement is reached) on December 8, 2023.

By the Court:

Maria R. Hamilton, Clerk

cc: Patrick F. Hofer, Martin C. Pentz, Creighton Page, Laura Diss Gradel, Natalie Frances Panariello, Dale Jefferson, Nicholas D. Stellakis, Michael S. Levine, David H. Rich, Howard M. Cooper, Matthew S. Furman, Jonathan David Mutch, Timothy D. Wenger