IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY,
Plaintiff-Appellee

v.

MEDICAL PROPERTIES TRUST, INC.,
Defendant-Appellant

---

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,
Plaintiff-Appellant

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
and ZURICH AMERICAN INSURANCE COMPANY,
Defendants-Appellees

---

On Appeal from an Order of the United States District Court
for the District of Massachusetts, Hon. Patti B. Saris

---

**<u>APPELLEES ZURICH AMERICAN INSURANCE COMPANY AND
AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY'S
SUBMISSION OF PROPOSED QUESTION TO CERTIFY TO THE
SUPREME JUDICIAL COURT OF MASSACHUSETTS</u>**

Patrick F. Hofer (# 1199731)
Clyde & Co US LLP
1775 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20006
Tel: (202) 747-5110
patrick.hofer@clydeco.us

1

On November 16, 2023, this Court entered an order directing the parties in this action to submit a proposed question(s) for this Court to certify to the Supreme Judicial Court of Massachusetts. The parties conferred and were unable to reach an agreement as to the proposed language. As such, Appellees submit the following proposed question to certify to the Supreme Judicial Court for determination under Massachusetts law:

> Whether rainwater that has accumulated on and inundates a building's outdoor rooftop courtyard one story above ground level and a flat roof surrounded by a parapet wall and that subsequently enters the interior of the building causing property damage constitutes a "flood" under a commercial property insurance policy that defines "flood," in part, as: "A general and temporary condition of partial or complete inundation of normally dry land areas or structure(s) caused by: The unusual and rapid accumulation or runoff of surface waters . . . ."

Additionally, because Rule 1:03(3) of the Rules of the Supreme Judicial Court requires "a statement of facts relevant to the questions certified," Appellees submit the following proposed statement of facts to accompany the certified question above, which Appellees offer to the extent useful to the Court in its preparation of the certified question order:

### Statement of Facts

I.  **The Zurich Policies**

Zurich American Insurance Co. ("Zurich") and American Guarantee and Liability Insurance Company ("AGLIC") issued similar commercial property insurance policies (collectively, the "Policies") to Medical Properties Trust, Inc.

1

("MPT") and Steward Health Care System, LLC ("Steward"), the owner and lessee/operator, respectively, of the Norwood Hospital (the "Hospital"). [A764, A567-745, A1000-1179]. The Policies generally provide coverage for property damage caused by a "Covered Cause of Loss," with a total limit of liability of $750 million for MPT and $850 million for Steward, subject to the terms, conditions and exclusions stated, including deductibles and sublimits. [A579-89, A1014-22]. The Policies include coverage for loss due to "Flood," providing that Zurich or AGLIC "will pay for direct physical loss of or damage to Covered Property, Time Element loss and Special Coverages loss as provided by this Policy, if such loss or damage is caused by Flood regardless of any other cause or event contributing concurrently or in any other sequence of loss." [A618, A1049]. "Flood" is defined as:

> 7.23. A general and temporary condition of partial or complete inundation of normally dry land areas or structure(s) caused by:
>
> 7.23.01. The unusual and rapid accumulation or runoff of surface waters, waves, tides, tidal waves, tsunami, the release of water, the rising, overflowing or breaking of boundaries of nature or man-made bodies of water; or the spray there from all whether driven by wind or not; ....
>
> 7.23.02. Mudflow or mudslides caused by accumulation of water on or under the ground.
>
> 7.23.03. Flood also includes the backup of water from a sewer, drain or sump caused in whole or part by Flood.

[MPT Addendum at 20; A634, A1065[1]]. The policies include a sublimit for "Flood," limiting coverage to $100 million for MPT and $150 million for Steward. [A584, A1018].

## II. The Norwood Hospital Roofing System

Located in Norwood, Massachusetts, the Hospital consists of multiple buildings as part of a complex, including the Lorusso building, which has an outdoor courtyard on the second floor serving as the roof for the floors below. [A492-94, A1282; *see* A400-01]. The courtyard is enclosed by walls defining the second-floor spaces beyond, and the courtyard is sloped toward drain bowls that are concealed beneath the walking surface pavers near the concrete deck. [A494]. There is a membrane applied directly to the concrete deck and overlaid by drainage boards and insulation. [A494].

The Lorusso building's main roof is a low slope roof surrounded by a parapet wall, creating a confined basin for water to be collected and discharged through roof area drains. [A494]. The roof is configured with roof area drains seated into the deck and terminated to the membrane through clamping rings. [A494]. There are no overflow drains. [A494].

Most, but not all, of the remaining roofs of the various buildings at the Hospital have parapet roofs. [A493-94]. Many also include access points and

---

[1] In the Steward policy, the "Flood" definition is in Section 7.22.

3

pavers permitting individuals to walk on the roof. [*See, e.g.,* A422, A430]. The roofs also contain drainage systems designed to allow water to drain from the roofs and are otherwise sealed with a roof membrane or waterproofing layer. [A400-55].

### III. The Flood Event

On June 28, 2020, severe thunderstorms passed through Norwood, Massachusetts, resulting in more than four inches of rain in 90 minutes. [A765]. The rainwater accumulated in areas surrounding the Hospital, eventually flooding the basement areas of the two main buildings. [A492]. Rainwater also accumulated on the roofs of various buildings of the Hospital and in the courtyard of the Lorusso building, infiltrated the Hospital through the roof systems and the Lorusso courtyard, and thereafter seeped or traveled throughout various areas of the Hospital, damaging property. [A493]. The roofs' drainage systems became overwhelmed, with MPT's expert concluding that "during the weather event, the main building drains became obstructed or over capacitated which caused rain water to backup to the different roof areas and create a head of water several inches deep (varying throughout each roof) on top of the roof membrane or waterproofing layer." [A407; *see also* A422, A443, A453]. MPT's expert also variously concluded that "moisture infiltration occurred due to openings in the roof membrane" and "any head of water on the main roof area could have allowed increased moisture infiltration into the roof system through open seams or patches

in the field of the roof membrane." [*e.g.*, A423, A448, A453]. The water infiltrating the Hospital through the roof systems and the Lorusso courtyard damaged parts of the building. [A494-95].

### IV. MPT's Insurance Claim

MPT notified Zurich and its appointed adjuster, Sedgwick, of the water damage on June 28, 2020, which Zurich acknowledged the next day. [A497]. On August 20, 2020, Zurich sent an initial letter to MPT, stating:

> Any water damage sustained on the first, second and third floors appears to have resulted from water intrusion caused by wind driven rain and/or overflow of roof drains parapet flashings. ZAIC plans to separate the flood damage sustained on the basement and ground floors, including all time element losses, from the water intrusion property damage sustained on the first, second and third floors.

[A497-98]. The letter also stated that Zurich's "loss investigation [was] ongoing" and that Zurich "reserves the right, if its investigation warrants, to claim that the loss or a portion of the loss asserted ... is not, or may not be, within the coverage of the involved policy." [A498]. On December 4, 2020, MPT made an initial submission of its coverage claim indicating losses due to Flood exceeding $100 million and additional losses of over $120 million due to "storm." [A498]. On December 23, 2020, Zurich responded to the claim submission noting that the Hospital could be reconstructed to its pre-loss condition for roughly $32 million based on a "construction conceptual schedule" prepared by Zurich's consultant. [A499]. In the same letter, Zurich explained its position "that damage from water

5

which entered the building at ground (or below) levels is subject to the Flood sublimit, as is water that accumulated on roof areas and then entered the building. Substantially all building and contents water damage results either from water entering at the ground level, or from surface water accumulating on roof areas and subsequently flowing into the building interior – all subject to the Flood sublimit." [A770]. Zurich sent MPT an updated loss assessment on December 24, 2021, estimating MPT's replacement cost loss estimate at around $47 million, with an actual cash value loss estimate of $36,093,766.95. [A501]. As of May 2022, Zurich had already paid MPT the $36,093,766.95 cash value replacement. [A501].

## V. Steward's Insurance Claim

Steward similarly notified AGLIC within a day of the storm, with AGLIC acknowledging the notice on June 20, 2020. [A1288]. On August 6, 2020, AGLIC sent an initial letter to Steward containing similar substance as Zurich's letter to MPT and noting that its "loss investigation is ongoing" and that AGLIC "reserves the right, if its investigation warrants, to claim that the loss or a portion of the loss asserted … is not, or may not be, within the coverage of the involved policy." [A1288-89]. Steward made a preliminary claim submission on December 4, 2020, to which AGLIC responded on January 11, 2021, stating its position that Steward's claimed damages were subject to the $150 million Flood sublimit. [A1289-90]. On February 5, 2021, Steward submitted a sworn proof of loss setting forth

damages of roughly $220 million. [A1290]. As of October 19, 2022, the date the United States District Court for the District of Massachusetts issued its order granting Zurich and AGLIC's motions for partial summary judgment on the issue of whether MPT and Steward's claims were subject to the Policies' Flood sublimit, AGLIC had already paid $87,697,593.72. [A1292, Steward Br. at 10].

\* \* \*

Dated: December 7, 2023          Respectfully submitted,

/s/ Patrick F. Hofer
Patrick F. Hofer (# 1199731)
Clyde & Co US LLP
1775 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20006
Tel: (202) 747-5110
patrick.hofer@clydeco.us

*Attorney for Appellees Zurich American Insurance Company and American Guarantee and Liability Insurance Company*

## **CERTIFICATE OF SERVICE**

I, Patrick F. Hofer, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by mail and/or email on December 7, 2023, at the addresses listed below.

>David D. Disiere
>Martin, Disiere, Jefferson & Wisdom
>808 Travis, Suite 1100
>Houston, TX 77002
>disiere@mdjwlaw.com

>>*/s/ Patrick F. Hofer*
>>Patrick F. Hofer (# 1199731)