IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY,
Plaintiff-Appellee

v.

MEDICAL PROPERTIES TRUST, INC.,
Defendant-Appellant

---

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,
Plaintiff-Appellant

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY
and ZURICH AMERICAN INSURANCE COMPANY,
Defendants-Appellees

---

On Appeal from an Order of the United States District Court
for the District of Massachusetts, Hon. Patti B. Saris

---

**JOINT SUBMISSION OF APPELLANTS MPT AND STEWARD REGARDING PROPOSED QUESTION TO CERTIFY TO THE MASSACHUSETTS SUPREME JUDICIAL COURT**

Martin C. Pentz (BBO # 394050)
Creighton K. Page (BBO # 674640)
Laura D. Gradel (BBO # 692315)
Natalie F. Panariello (BBO # 707579)
Foley Hoag LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
mpentz@foleyhoag.com
cpage@foleyhoag.com
lgradel@foleyhoag.com
npanariello@foleyhoag.com

Dale Jefferson (*pro hac vice*)
Martin, Disiere, Jefferson & Wisdom
808 Travis, Suite 1100
Houston, TX 77002
Telephone: 713 632 1717
jefferson@mdjwlaw.com

*Attorneys for Appellant Medical Properties Trust, Inc.*

Howard M. Cooper (BBO # 543842)
David H. Rich (BBO # 634275)
Matthew S. Furman (BBO # 679751)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Email: hcooper@toddweld.com
           drich@toddweld.com
           mfurman@toddweld.com

*Attorneys for Appellant Steward*
*Healthcare System, LLC*

On November 16, 2023, this Court entered an order stating: "[t]his interlocutory appeal requires us to decide whether, under Massachusetts law, the term 'surface water' as used in a property insurance policy includes rainwater that accumulated on a parapet roof one or more stories above the ground." The Court explained that "[t]he interpretation of 'surface water' is dispositive" of how "a coverage limitation on 'Flood' damage" in the Zurich and AGLIC policies applies to the losses suffered by Appellants Medical Properties Trust, Inc. ("MPT") and Steward Healthcare System, LLC ("Steward"). The Court's order directed the parties in this action to "confer in an attempt to agree on the form of any proposed question(s) to be certified to the Massachusetts Supreme Judicial Court. In the event that the parties are unable to reach agreement, each party shall submit the question(s) it proposes for certification."

The parties exchanged proposed certified questions and met and conferred on December 6, 2023 in an attempt to resolve their differences regarding the question(s) to be posed. While those communications resulted in refinements to each side's proposals, no agreement was reached. Accordingly, MPT and Steward are filing this separate submission.

MPT and Steward propose that the following question be certified to the SJC:

Whether, as a matter of Massachusetts law, the un-defined term "surface waters" in the Zurich Policy's definition of "Flood":

1. includes rainwater that lands and accumulates on a parapet roof of an insured building one or more stories above the ground;

2. is limited to water from natural sources that lies or flows on the surface of the earth and naturally spreads over the ground or ground-level surfaces as it approaches the insured property; or

3. is susceptible of more than one meaning, such that a reasonable policyholder could interpret that term as (i) not including rainwater that lands and accumulates on a parapet roof of an insured building one or more stories above the ground, and (ii) being limited to water from natural sources that lies or flows on the surface of the earth and naturally spreads over the ground or ground-level surfaces as it approaches the insured property.

Regarding Zurich's and AGLIC's proposed statement of relevant facts, MPT and Steward agree that SJC Rule 1:03(3) requires the Court's certification order to include "a statement of all facts relevant to the questions certified and showing fully the nature of the controversy in which the questions arose." However, the Court's November 16, 2023 Order did not ask the parties to develop a statement of facts for the Court's certification order, and MPT and Steward accordingly have not prepared a competing proposed statement of facts or commented on Zurich's and AGLIC's proposal. Moreover, the parties would need to know precisely what question the Court will certify before endeavoring to draft a statement of all facts relevant to that question. Of course, as MPT and Steward indicated during the

2

December 6, 2023 conference with Zurich and AGLIC counsel, MPT and Steward are willing to work with Zurich and AGLIC to develop a proposed statement of facts if the Court asks the parties to do so. For the avoidance of doubt, MPT and Steward do not agree to Zurich's and AGLIC's characterization of what constitutes the relevant facts in their December 7, 2023 filing, and MPT and Steward reserve all of their rights in that regard.

Dated: December 8, 2023

Respectfully submitted,

*/s/ Martin C. Pentz*
Martin C. Pentz (BBO # 394050)
Creighton K. Page (BBO # 674640)
Laura D. Gradel (BBO # 692315)
Natalie F. Panariello (BBO # 707579)
Foley Hoag LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
mpentz@foleyhoag.com
cpage@foleyhoag.com
lgradel@foleyhoag.com
npanariello@foleyhoag.com

Dale Jefferson (*pro hac vice*)
Martin, Disiere, Jefferson & Wisdom
808 Travis, Suite 1100
Houston, TX 77002
Telephone: 713 632 1717
jefferson@mdjwlaw.com

*Attorneys for Appellant Medical Properties Trust, Inc.*

*/s/ Howard M. Cooper*
Howard M. Cooper (BBO # 543842)
David H. Rich (BBO # 634275)
Matthew S. Furman (BBO # 679751)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Email: hcooper@toddweld.com
        drich@toddweld.com
        mfurman@toddweld.com

*Attorneys for Appellant Steward Healthcare System, LLC*

4

## **CERTIFICATE OF SERVICE**

I, Martin C. Pentz, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by mail and/or email on December 8, 2023 at the addresses listed below.

David D. Disiere
Martin Disiere Jefferson & Wisdom LLP
808 Travis St, Suite 1100
Houston, TX 77002
disiere@mdjwlaw.com

/s/ *Martin C. Pentz*
Martin C. Pentz