# United States Court of Appeals
## For the First Circuit

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff, Appellee,

v.

MEDICAL PROPERTIES TRUST, INC.,

Defendant, Appellant.

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,

Plaintiff, Appellant,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,

Defendants, Appellees.

Before

Gelpí, Montecalvo, and Rikelman,
<u>Circuit Judges</u>.

**ORDER OF COURT AND CERTIFICATION OF QUESTION TO THE MASSACHUSETTS SUPREME JUDICIAL COURT**

**Entered:  December 19, 2023**

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.  For the reasons stated in our opinion in this case, submitted with this order, we certify the following question to the Massachusetts Supreme Judicial Court (SJC):

> Whether rainwater that lands and accumulates on either (i) a building's second-floor outdoor rooftop courtyard or (ii) a building's parapet roof and that subsequently inundates the interior of the building unambiguously constitutes "surface waters" under Massachusetts law for the purposes of the insurance policies at issue in this case?

The clerk of this court is directed to forward to the Massachusetts SJC, under the official seal of this court, a copy of the certified question, this opinion, the district court's opinion, and the merits briefs and appendices filed by the parties. We retain jurisdiction over this case pending resolution of this certified question.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Patti B. Saris, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Francis V. Kenneally, Clerk, Massachusetts Supreme Judicial Court, Patrick F. Hofer, Martin C. Pentz, Creighton Page, Laura Diss Gradel, Natalie Frances Panariello, Dale Jefferson, Nicholas D. Stellakis, Michael S. Levine, David H. Rich, Howard M. Cooper, Matthew S. Furman, Jonathan David Mutch, Timothy D. Wenger