# United States Court of Appeals
## For the First Circuit

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY.,

Plaintiff - Appellee,

v.

MEDICAL PROPERTIES TRUST, INC.,

Defendant - Appellant.

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,

Plaintiff - Appellant,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,

Defendants - Appellees.

**MANDATE**

Entered: August 20, 2024

    In accordance with the judgment of July 29, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


                                            By the Court:

                                            Maria R. Hamilton, Clerk


cc:
Howard M. Cooper, Matthew S. Furman, Laura Diss Gradel, Patrick F. Hofer, Dale Jefferson, Michael S. Levine, Jonathan David Mutch, Creighton Page, Natalie Frances Panariello, Martin C. Pentz, David H. Rich, Nicholas D. Stellakis, Timothy D. Wenger