- 2 -

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules for Appellate Procedure, Plaintiff-Appellant Steward Health Care System LLC ("Steward") hereby states that it is a Delaware limited liability company with no parent corporation and that no publicly held corporation owns 10% or more of its membership interests.[2]

---

[2] For additional information, Steward refers this Court to ECF Nos. 13 and 14 in the District Court (A897) as well as Paragraph 13 of its current pleading (A909).