## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. App. P. 26.1, Amicus Curiae United Policyholders states that it is a nonprofit, 501(c)(3) corporation founded in 1991. United Policyholders is not publicly held and does not have any public company affiliates.