# United States Court of Appeals
## For the First Circuit

No. 23-1167

ZURICH AMERICAN INSURANCE COMPANY.,

Plaintiff - Appellee,

v.

MEDICAL PROPERTIES TRUST, INC.,

Defendant - Appellant.

---

No. 23-1180

STEWARD HEALTH CARE SYSTEM, LLC,

Plaintiff - Appellant,

v.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: June 1, 2023
Pursuant to 1st Cir. R. 27.0(d)

On May 23, 2023, United Policyholders filed a brief as amicus curiae. The brief is non-compliant because the front cover of the brief does not contain the identity of the party or parties supported. See Fed. R. App. P. 29(a)(4). In addition, Attorney Nicholas D. Stellakis is directed to file an appearance form by **June 8, 2023**. A corrected amicus brief must be filed no later than **June 8, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick F. Hofer
Martin C. Pentz
Creighton Page
Laura Diss Gradel
Natalie Frances Panariello
Dale Jefferson
Nicholas D. Stellakis
Michael S. Levine
David H. Rich
Howard M. Cooper
Matthew S. Furman
Jonathan David Mutch
Timothy D. Wenger